IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANORCARE OF EASTON PA LLC,<br>   Plaintiff,<br> v.<br><br>THE ESTATE OF JOSEPH A. NAGY,<br>   Defendant<br><br>_____<br><br>THE ESTATE OF JOSEPH A. NAGY and<br>JOSEPH EUGENE NAGY,<br>   Counter-Plaintiffs,<br> v.<br><br>MANORCARE OF EASTON PA LLC;<br>KENNEDY, PC; NORTHAMPTON COUNTY;<br>AETNA, INC.; DR. EDWARD CUMBO; DR.<br>DILIP BERA; BRAKELEY PARK CENTER;<br>NEW EASTWOOD CARE AND REHAB;<br>COMMONWEALTH OF PENNSYLVANIA;<br>DR. STEPHEN KSIAZEK; and ST. LUKE'S<br>WARREN HOSPITAL,<br>   Counter-Defendants | CIVIL ACTION<br>NO. 13-5957 |

## ORDER

**AND NOW**, this 29th day of September, 2017, upon review of Counter-Defendants' Motions to Dismiss, and all supporting and opposing papers, it is hereby

**ORDERED** as follows:

1. Counter-Defendant ManorCare's Motion to Dismiss (Docket No. 36) is **GRANTED**.

2. Counter-Defendant St. Luke's Warren Hospital's Motion to Dismiss (Docket No. 51) is **GRANTED**.

3. Counter-Defendant Commonwealth of Pennsylvania's Motion to Dismiss (Docket No. 52) is **GRANTED**.

4. Counter-Defendant Northampton County's Motion to Dismiss (Docket No. 53) is **GRANTED**.

5. Counter-Defendant Kennedy, PC's Motion to Dismiss (Docket No. 59) is **GRANTED**.

6. Counter-Defendant Dr. Dilip Bera's Motion to Dismiss (Docket No. 60) is **GRANTED**.

7. Counter-Defendant Aetna, Inc.'s Motion to Dismiss (Docket No. 62) is **GRANTED**.

8. Counter-Defendant Brakeley Park Center's Motion to Dismiss (Docket No. 77) is **GRANTED**.

9. Counter-Defendant Dr. Edward Cumbo's Motion to Dismiss (Docket No. 88) is **GRANTED**.

10. Counter-Defendant Dr. Stephen Ksiazek's Motion to Dismiss (Docket No. 91) is **GRANTED**.

11. Counter-Defendant New Eastwood Care and Rehab's Motion to Dismiss (Docket No. 95) is **GRANTED**.

12. Counter-Plaintiff Joseph Eugene Nagy's Motion to Strike (Docket No. 96) is **DENIED**.

13. Counter-Plaintiffs' Amended Counterclaim is **DISMISSED** with prejudice.

14. The following Counter-Defendants are **DISMISSED** with prejudice: Kennedy, PC; Northampton County; Aetna, Inc.; Dr. Edward Cumbo; Dr. Dilip Bera; Brakeley Park Center; New Eastwood Care and Rehab;

Commonwealth of Pennsylvania; Dr. Stephen Ksiazek; and St. Luke's Warren Hospital.

15. The only remaining parties in this matter are Plaintiff ManorCare and the Nagy Defendants.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.