IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANORCARE OF EASTON PA LLC,<br>    Plaintiff,<br>   v.<br><br>THE ESTATE OF JOSEPH A. NAGY,<br>    Defendant<br>_____<br><br>THE ESTATE OF JOSEPH A. NAGY and<br>JOSEPH EUGENE NAGY,<br>    Counter-Plaintiffs,<br>   v.<br><br>MANORCARE OF EASTON PA LLC;<br>KENNEDY, PC; NORTHAMPTON COUNTY;<br>AETNA, INC.; DR. EDWARD CUMBO; DR.<br>DILIP BERA; BRAKELEY PARK CENTER;<br>NEW EASTWOOD CARE AND REHAB;<br>COMMONWEALTH OF PENNSYLVANIA;<br>DR. STEPHEN KSIAZEK; and ST. LUKE'S<br>WARREN HOSPITAL,<br>    Counter-Defendants | CIVIL ACTION<br>NO. 13-5957 |

## ORDER

**AND NOW**, this 13th day of December, 2017, upon review of Defendant/Counter-Plaintiffs' Motions to Tax Attorney in Fact and Pro Se Fees, Costs, and Brief in Support (Docket No. 132), and all supporting and opposing papers, it is hereby **ORDERED** that Defendant/Counter-Plaintiff's motion is **DENIED**.

                                                 **BY THE COURT:**

                                               **/s/ Jeffrey L. Schmehl**
                                               Jeffrey L. Schmehl, J.